IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Childs, Simon L

Printed: 10/14/08

Case Number: 07 B 21723
Judge: Wedoff, Eugene R
Filed: 11/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 28, 2008
Confirmed: January 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,632.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,537.89 |
| Trustee Fee: |  | 94.11 |
| Other Funds: |  | 0.00 |
| Totals: | 1,632.00 | 1,632.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,343.00 | 1,537.89 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 20,779.98 | 0.00 |
| 3. | Internal Revenue Service | Priority | 20,564.68 | 0.00 |
| 4. | Illinois Dept Of Healthcare And Family | Priority | 6,083.78 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 235.61 | 0.00 |
| 6. | St Anthony Hospital | Unsecured | 37.50 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 1,194.00 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 98.47 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 1,687.67 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 79.87 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 77.09 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 42.03 | 0.00 |
| 13. | West Suburban Medical Center | Unsecured | 183.83 | 0.00 |
| 14. | Amer Revenue | Unsecured | 22.29 | 0.00 |
| 15. | University of Illinois | Unsecured | 29.80 | 0.00 |
| 16. | Credit Acceptance Corp | Secured |  | No Claim Filed |
| 17. | CCSI | Unsecured |  | No Claim Filed |
| 18. | AFNI | Unsecured |  | No Claim Filed |
| 19. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 20. | Alliance One | Unsecured |  | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 22. | Creditors Discount & Audit Co | Unsecured |  | No Claim Filed |
| 23. | City Of Hammond | Unsecured |  | No Claim Filed |
| 24. | Harris & Harris | Unsecured |  | No Claim Filed |
| 25. | Harvard Collection Services In | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Childs, Simon L

Printed:  10/14/08

Case Number:  07 B 21723
Judge:  Wedoff, Eugene R
Filed:  11/19/07

| | | | | |
|---|---|---|---|---|
| 26. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 27. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 28. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 29. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 30. | MRSI | Unsecured | | No Claim Filed |
| 31. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 32. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 54,459.60 | $ 1,537.89 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 58.75 |
| 6.5% | 35.36 |
| | _____ |
| | $ 94.11 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____